Exhibit A

**Waverly Gardens & Glens**
**Sources & Uses**

**Sources**

| | |
|---|---|
| 1st Tennessee Bank Exit Loan | $500,000 |
| | $500,000 |

**Uses**

| | |
|---|---|
| Delinquent Post petition AP | 100,000 |
| Unsecured Creditors | 7,000 |
| Cap Ex | 250,000 |
| Payoff Line of Credit | 50,000 |
| Administrative Expenses | 25,000 |
| Working Capital | 68,000 |
| | 500,000 |