**Dated: May 26, 2010**
**The following is SO ORDERED:**

_____
Paulette J. Delk
**UNITED STATES BANKRUPTCY JUDGE**

_____

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TENNESSEE**
_____

In re

| | |
|---|---|
| WAVERLY GARDENS OF | Case No. 08-30218-PJD |
| MEMPHIS, LLC | Case No. 08-30221-PJD |
| KIRBY OAKS INTEGRA, LLC | Chapter **11** |
| d/b/a WAVERLY GLEN | (Jointly Administered) |

Debtor(s).
_____

**ORDER APPROVING DISCLOSURE STATEMENT,**
**FIXING TIME FOR FILING OBJECTIONS,**
**FIXING TIME FOR FILING ACCEPTANCES OR REJECTIONS OF PLAN,**
**AND FIXING DATE FOR HEARING ON CONFIRMATION OF PLAN COMBINED**
**WITH NOTICE THEREOF**
_____

A disclosure statement under Chapter 11 of the Bankruptcy Code having been filed by Waverly Gardens of Memphis, LLC and Kirby Oaks Integra, LLC d/b/a Waverly Glen on February 13, 2010 and amended on May 19, 2010 referring to a plan under Chapter 11 of the Bankruptcy Code filed by Waverly Gardens of Memphis, LLC and Kirby Oaks Integra, LLC d/b/a Waverly Glen on February 13, 2010 and amended on May 19, 2010; the Court now therefore finds as follows:

A.     The amended disclosure statement filed by Waverly Gardens of Memphis, LLC and Kirby

ORDER APPROVING DISCLOSURE STATEMENT
Page 2

    Oaks Integra, LLC d/b/a Waverly Glen on May 19, 2010 is approved.

B.     June 29, 2010 is fixed as the last day for filing written objections to the plan, and for filing written acceptances or rejections of the plan; for filing applications seeking interim or final compensation for services rendered and reimbursement of expenses pursuant to 11 U.S.C. § 503(a); and for filing motions or requests pursuant to 11 U.S.C. §§ 506(b) and (c), and 365.

C.     A hearing on confirmation of the plan is set for July 6, 2010 at 11:00a.m. in Courtroom Number 630 at 200 Jefferson, Memphis Tennessee 38103. This hearing may be continued from time to time upon oral announcement in open court without further written notice.

D.     Within seven (7) days after the entry of this order, the plan, and the disclosure statement, and a ballot conforming to Official Form 14 shall be transmitted by the plan proponent to creditors, equity security holders, and other parties in interest, and shall be transmitted to the United States trustee, as provided in FED. R. BANKR. P. 3017(d). Each ballot shall indicate the class of claims in which it may be cast.

E.     Not less than five (5) days prior to the scheduled confirmation hearing, the proponent of the plan shall file with the Bankruptcy Court Clerk a summary tabulation of ballots stating for each class of claims and interests, the number and dollar amount of all votes cast, the number and dollar amount of all acceptances, and the number and dollar amount of all rejections. For each class of interests, the tabulation shall indicate the value of all allowed interests held by members of that class.

disclosurestategenco007 104