Evans Petree
Property Tax Group
P.O. Box 771020
Memphis, TN  38177-1020

EVANS | PETREE PC
ATTORNEYS AT LAW

Michael P. Coury, Esq.                                           September 21, 2010
Butler, Snow, O'Mara, Stevens & Cannada, PLLC                    Invoice # 1718800
6075 Poplar Ave., Suite 500
Memphis, TN  38119

RE: Property Tax -- our file # 14202.30001
   *Parcel #*   093200  00366
   *Property:*  KIRBY OAKS/WAVERLY GLEN
   *Location:*  6551 KNIGHT ARNOLD RD, MEMPHIS
               SHELBY COUNTY, TN
   *TaxYear:*  2010
               53-700

|  | *Appraisal* | *Assessment* | *Tax* |
|---|---|---|---|
| Certified Roll | $2,458,000 | $983,200 | $70,944.76 |

REDUCTION SUMMARY

| County Board of Equalization | | $1,800,000 | $720,000 | $51,953.04 |
|---|---|---|---|---|
| | Reductions: | $658,000 | $263,200 | $18,991.72 |
| *TaxJurisdiction* | *TaxRate* | *TaxReductions* | *Interest* | *CheckAmount* |
| Shelby County, TN | 4.02/100 | $10,580.64 | | *Reduced Tax Bill* |
| City of Memphis, TN | 3.1957/100 | $8,411.08 | | *Taxes not paid* |

FEE SUMMARY

   Tax Reduction:   $18,991.72
Contingency Rate:   25 %
Contingency Fee:   $4,748.00

   Total Due:   **$4,748.00**

Evans Petree
Property Tax Group
P.O. Box 771020
Memphis, TN 38177-1020



EVANS | PETREE PC
ATTORNEYS AT LAW

Michael P. Coury, Esq.  
Butler, Snow, O'Mara, Stevens & Cannada, PLLC  
6075 Poplar Ave., Suite 500  
Memphis, TN 38119

September 21, 2010  
Invoice # 1718802

RE: Property Tax -- our file # 14202.30001  
    *Parcel #*    093200 00379  
    *Property:*   WAVERLY GARDENS  
    *Location:*   6539 KNIGHT ARNOLD RD, MEMPHIS SHELBY COUNTY, TN  
    *TaxYear:*   2010

|  | *Appraisal* | *Assessment* | *Tax* |
|---|---|---|---|
| Certified Roll | $5,092,000 | $2,036,800 | $146,969.38 |

**REDUCTION SUMMARY**

| County Board of Equalization | | $2,200,000 | $880,000 | $63,498.16 |
|---|---|---|---|---|
| | Reductions: | $2,892,000 | $1,156,800 | $83,471.22 |
| *TaxJurisdiction* | *TaxRate* | *TaxReductions* | *Interest* | *CheckAmount* |
| Shelby County, TN | 4.02/100 | $46,503.36 | | *Reduced Tax Bill* |
| City of Memphis, TN | 3.1957/100 | $36,967.86 | | *Taxes not paid* |

**FEE SUMMARY**

| Tax Reduction: | $83,471.22 |
|---|---|
| Contingency Rate: | 25 % |
| Contingency Fee: | $20,868.00 |
| | |
| Total Due: | **$20,868.00** |

Evans Petree
Property Tax Group
P.O. Box 771020
Memphis, TN 38177-1020



Michael P. Coury, Esq.  
Butler, Snow, O'Mara, Stevens & Cannada, PLLC  
6075 Poplar Ave., Suite 500  
Memphis, TN 38119

September 21, 2010  
Invoice # 1718804

RE: Property Tax -- our file # 14202.30001  
    *Parcel #*    093200 00366  
    *Property:*  KIRBY OAKS/WAVERLY GLEN  
    *Location:*  6551 KNIGHT ARNOLD RD, MEMPHIS  
                SHELBY COUNTY, TN  
    *TaxYear:*  2009  
                53-700

|  | *Appraisal* | *Assessment* | *Tax* |
|---|---|---|---|
| Certified Roll | $2,458,000 | $983,200 | $70,944.76 |

**REDUCTION SUMMARY**

| | | | |
|---|---|---|---|
| County Board of Equalization | $2,100,000 | $840,000 | $60,611.88 |
| Reductions: | $358,000 | $143,200 | $10,332.88 |
| *TaxJurisdiction*    *TaxRate* | *TaxReductions* | *Interest* | *CheckAmount* |
| Shelby County, TN    4.02/100 | $5,756.64 | | *Taxes not paid* |
| City of Memphis, TN    3.1957/100 | $4,576.24 | | *Taxes not paid* |

**FEE SUMMARY**

| | |
|---|---|
| Tax Reduction: | $10,332.88 |
| Contingency Rate: | 25 % |
| Contingency Fee: | $2,583.00 |
| | |
| Total Due: | **$2,583.00** |

Evans Petree 
Property Tax Group
P.O. Box 771020
Memphis, TN 38177-1020

Michael P. Coury, Esq.  
Butler, Snow, O'Mara, Stevens & Cannada, PLLC  
6075 Poplar Ave., Suite 500  
Memphis, TN 38119

September 21, 2010  
Invoice # 1718805

RE: Property Tax -- our file # 14202.30001
- *Parcel #*    093200 00379
- *Property:*   WAVERLY GARDENS
- *Location:*   6539 KNIGHT ARNOLD RD, MEMPHIS SHELBY COUNTY, TN
- *TaxYear:*    2009

|  | *Appraisal* | *Assessment* | *Tax* |
|---|---|---|---|
| Certified Roll | $5,092,000 | $2,036,800 | $146,969.38 |

REDUCTION SUMMARY

| | | | |
|---|---|---|---|
| County Board of Equalization | $2,500,000 | $1,000,000 | $72,157.00 |
| Reductions: | $2,592,000 | $1,036,800 | $74,812.38 |

| *TaxJurisdiction* | *TaxRate* | *TaxReductions* | *Interest* | *CheckAmount* |
|---|---|---|---|---|
| Shelby County, TN | 4.02/100 | $41,679.36 | | *Taxes not paid* |
| City of Memphis, TN | 3.1957/100 | $33,133.02 | | *Taxes not paid* |

FEE SUMMARY

| | |
|---|---|
| Tax Reduction: | $74,812.38 |
| Contingency Rate: | 25% |
| Contingency Fee: | $18,703.00 |
| Total Due: | **$18,703.00** |